AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>JUAN CARLOS SALAS GOMEZ<br><br>*Defendant(s)* | Case No. 7:25mj73 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 10, 2025** in the county of **Spartanburg** in the _____ District of **South Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry to the United States by alien who was previously removed. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jared Tilley, Enforcement and Removal, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/27/2025

_____
*Judge's signature*

City and state: Greenville, South Carolina

William S. Brown, U.S. Magistrate Judge
*Printed name and title*